1  Scott E. Davis
   State Bar No. 8788
2  SCOTT E. DAVIS, P.C.
   3440 E. Russell Road
3  Las Vegas, NV 89120
   Telephone:  (702) 732-4410
4  Facsimile:   (602) 569-9720
   email: davis@scottdavispc.com
5
   *Attorney for Plaintiff Ronald Stone*
6

7
                    **UNITED STATES DISTRICT COURT**
8
                         **DISTRICT OF NEVADA**
9

10 Ronald Stone,                              Case No.  2:11-CV-01891-JCM-VCF

11          Plaintiff,
                                              **STIPULATED MOTION TO DISMISS**
12     v.                                     **CASE WITH PREJUDICE**

13 Life Insurance Company of North America,

14          Defendant.

15

16      The parties, having settled their dispute, stipulate that the Court shall dismiss this

17 matter with prejudice.  Each side will bear its own attorney's fees and costs.

18      /

19      /

20      /

21      /

22      /

23      /

24      /

25      /

26                                    -1-

RESPECTFULLY SUBMITTED this 18th day of June, 2012.

| | |
|---|---|
| SCOTT E. DAVIS, P.C. | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| BY: /s/ *Scott E. Davis, Esq.*<br>Scott E. Davis, Esq.<br>3440 E. Russell Road<br>Las Vegas, NV 89120<br>Attorney For Plaintiff Ronald Stone | BY: /s/ *Sean P. Nalty, Esq.*<br>Sean P. Nalty, Esq.<br>525 Market Street – 17th Floor<br>San Francisco, CA 94105<br>Attorney for Defendant Life Insurance Company of North America |

**IT IS SO ORDERED:**

**U.S. District Judge**

**Dated:** June 19, 2012

-2-